NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LUNAREYE, INC.,**
*Appellant*

*v.*

**JOSEPH MATAL, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2016-1413, 2016-1837

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00712, IPR2014-01213.

---

## JUDGMENT

---

STEPHEN W. ABBOTT, Prebeg, Faucett & Abbott PLLC, Houston, TX, argued for appellant. Also represented by MATTHEW COMPTON, JR., CHRISTOPHER M. FAUCETT.

LORE A. UNT, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

intervenor. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, FRANCES LYNCH, SCOTT WEIDENFELLER, MAI-TRANG DUC DANG.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, O'MALLEY, and STOLL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


July 24, 2017          /s/ Peter R. Marksteiner
Date                        Peter R. Marksteiner
                              Clerk of Court